# ELECTRONIC RECORD


487-15
488-15

01-14-00513-CR

COA # 01-14-00514-CR

OFFENSE: EVADING ARREST &
POSS. OF CONT. SUB.

STYLE: BURTON, AARON CHARLES

COUNTY: Harris

COA DISPOSITION: AFFIRM

TRIAL COURT: 351st District Court

DATE: 04/09/2015    Publish: NO

TC CASE #: 1330898 & 1330899

## IN THE COURT OF CRIMINAL APPEALS

487-15
488-15

STYLE: BURTON, AARON CHARLES v.

CCA #:

_____PRO SE_____ Petition

CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:

DATE: _____

DISMISSED AS UNTIMELY

JUDGE: _____

DATE: August 19, 2015

SIGNED: _____    PC: _____

JUDGE: _per Curiam_

PUBLISH: _____    DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD